IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN BEHM,<br><br>    Plaintiff,<br> v.<br><br>MACK TRUCKS, INC.<br><br>    Defendant. | CIVIL ACTION NO.: 21-02500 |

**STIPULATION OF PARTIAL DISMISSAL OF COMPLAINT
COUNTS II AND III AS TO DEFENDANT MACK TRUCKS, INC.**

On March 30, 2022, Defendant United Auto Workers Local 677 was dismissed as a Defendant in this case. The remaining Defendant in this case is Mack Trucks, Inc. Due to the dismissal of United Auto Workers Local 677 as a party, Plaintiff and Defendant Mack Trucks, Inc. through their undersigned counsel, agree and stipulate that Count II – Violations of Title VII of the Civil Rights Act of 1964 (Hostile Work Environment; 42 U.S.C.A. § 2000 et seq.) and Count III – Violations of Title VII of the Civil Rights Act of 1964 (Retaliation; 42 U.S.C.A. § 2000 et seq.) should also be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

Plaintiff and Defendant Mack Trucks, Inc. agree that there are two remaining claims from the Complaint (Doc. 4) filed on August 6, 2021. The two remaining claims before this Court are Count I – Americans with Disabilities Act (42 U.S.C.A. § 12101 et seq.) and Count IV – Pennsylvania Human Relations Act (42 Pa.C.S.A. § 951, et seq.)

[SIGNATURE BLOCK ON NEXT PAGE]

**WE HEREBY STIPULATE TO THE FOREGOING:**

| | |
|---|---|
| */s/ Graham F. Baird*<br>Graham F. Baird<br><br>**LAW OFFICES OF ERIC A. SHORE, P.C.**<br>Two Penn Center<br>1500 JFK Blvd., Ste. 1240<br>Philadelphia, PA 19110<br>T: 215-627-9999<br>F: 215-627-9426<br>GrahamB@ericshore.com<br>*Attorneys for Plaintiff*<br><br>Dated: April 7, 2022 | */s/ Eileen K. Keefe*<br>Eileen K. Keefe (PA#93194)<br><br>**JACKSON LEWIS, P.C.**<br>Three Parkway<br>1601 Cherry Street, Suite 1350<br>Philadelphia, PA  19102<br>T: (267) 319-7802<br>F: (215) 399-2249<br>Eileen.keefe@jacksonlewis.com<br>*Attorneys for Defendant*<br><br>Dated: April 7, 2022 |

APPROVED BY THE BY THE COURT:

 /s/ John M. Gallagher             04/08/2022
Hon. John M. Gallagher, U.S.D.J.

4858-8429-6218, v. 2