IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN BEHM,<br>        Plaintiff,<br><br>    v.<br><br>MACK TRUCKS, INC., *et al*,<br>        Defendants. | :<br>:<br>:<br>:  Civil No. 5:21-cv-02500-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 8th day of June, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 25), **IT IS HEREBY ORDERED** as follows:

1. The motion is **GRANTED**.

2. Judgement is **ENTERED** against Plaintiff and in favor of Defendant on Count I of Plaintiff's Amended Complaint, which contains Plaintiff's claim under the Americans with Disabilities Act.

3. Judgement is **ENTERED** against Plaintiff and in favor of Defendant on Count IV of Plaintiff's Amended Complaint insofar as that Count states a claim for disability discrimination under the Pennsylvania Human Relations Act.

4. Plaintiff is **ORDERED** to **SHOW CAUSE** no later than **June 24, 2022,** why judgment should not be entered against her on Count IV of the Amended Complaint insofar as that Count states a claim for discrimination on the basis of sex under the Pennsylvania Human Relations Act.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge